UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN TAN WEI JIE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIGAND PHARMACEUTICALS INCORPORATED, JOHN L. HIGGINS, and MATTHEW KORENBERG,<br><br>Defendants. | Case No.: 3:16-cv-02832-GPC-MDD<br><br>**ORDER:**<br><br>**(1) APPOINTING JOHN TRAINA AS LEAD PLAINTIFF**<br><br>**AND**<br><br>**(2) APPOINTING THE ROSEN LAW FIRM, P.A. AS LEAD COUNSEL FOR LEAD PLAINTIFF AND THE CLASS**<br><br>[ECF No. 3.] |

Before the Court is John Traina's ("Traina's" or "Movant's") motion: (1) to appoint Movant as Lead Plaintiff for all persons other than Defendants who purchased or otherwise acquired the securities of Ligand Pharmaceuticals Incorporated ("Ligand" or the "Company") between November 9, 2015 and November 14, 2016, inclusive (the "Class Period"), to recover damages caused by Defendants' alleged violations of the federal securities laws (the "Class"); and (2) to appoint The Rosen Law Firm, P.A. as

Lead Counsel for the Class.  (Dkt. No. 3-2 at 2.)[1]  Defendants do not oppose the motion. (Dkt. No. 10.)  The Court finds the motion suitable for disposition without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Upon review of the moving papers and applicable law, and for the reasons set below, the Court **GRANTS** Movant's unopposed motion.

WHEREAS, the above-captioned securities class action has been filed against Ligand Pharmaceuticals Incorporated, et al. (collectively, "Defendants"), alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on November 17, 2016, Plaintiff in the above-captioned action caused notice to be issued to potential class members of the action and informed them of their right to move to serve as Lead Plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 17, 2017, John Traina ("Movant") timely moved the Court for appointment as lead plaintiff and to approve his selection of counsel;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as Lead Plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as practicable after the decision on consolidation is rendered, the Court shall appoint the most adequate plaintiff as Lead Plaintiff for the consolidated actions;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

---

[1] All citations to the record refer to the pagination generated by the CM/ECF system.

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant is appointed as Lead Plaintiff of the Class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2. Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

**IT IS SO ORDERED.**

Dated: March 29, 2017

Hon. Gonzalo P. Curiel
United States District Judge