Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN TAN WEI JIE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIGAND PHARMACEUTICALS INCORPORATED, JOHN L. HIGGINS, and MATTHEW KORENBERG,<br><br>Defendants. | Case No.: 3:16-CV-02832-GPC-MDD<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff, John Traina, through his counsel, hereby voluntarily dismisses this action, without prejudice, against all defendants. The parties have agreed that each will bear its or his own fees and costs to date related to this action only.

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: May 16, 2017 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |
| 3 | | |
| 4 | | By: /s/ *Laurence M. Rosen* |
| | | Laurence M. Rosen, Esq. (SBN 219683) |
| 5 | | 355 S. Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 7 | | Facsimile: (213) 226-4684 |
| 8 | | Email: lrosen@rosenlegal.com |
| 9 | | Counsel for Lead Plaintiff |

- 2 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows: |
| 3 | I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand |
| 4 | Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen. |
| 5 | On May 16, 2017, I electronically filed the following **NOTICE OF VOLUNTARY** |
| 6 | **DISMISSAL WITHOUT PREJUDCIE** with the Clerk of the Court using the CM/ECF |
| 7 | system which sent notification of such filing to counsel of record. |
| 8 | Executed on May 16, 2017. |

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

- 3 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**